UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJID SHARAFI,<br><br>Petitioner,<br><br>v.<br><br>STRZELCAYK,<br><br>Respondent. | CASE NO. 2:26-cv-00743-JHC<br><br>ORDER |

Having considered the balance of the record, the Court finds and ORDERS:

(1)    Because of the complex issues involved in this case, the Court finds the interests of justice require that Petitioner be appointed counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B).  Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings.

(2)    Within 30 days of the date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to FILE an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A.

ORDER - 1

(3)    The Clerk shall send uncertified copies of this Order to Petitioner, the Federal Public Defender, and counsel for Respondents.

Dated this 5th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2